UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIZABETH JOHNSON, INDIVIDUALLY AND ON BEHALF OF DEVONTRE YOUNG, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-1146 c/w 10-1549** |
| **SAMSUNG ELECTRONICS AMERICA, INC., ET AL** | **SECTION "K"** |

## ORDER AND OPINION

Before the Court is the "Motion for Summary Judgment" filed on behalf of defendants General Electric Company, Samsung Electronics Co., Ltd., Wal Mart Stores, Inc., Wal Mart Stores Louisiana, LLC,[1] Samsung Fire & Marine Ins. Co., Ltd., and Electric Insurance Company (Doc. 165). Having reviewed the pleadings, memoranda, and relevant law, the Court, for the reasons assigned, **DENIES** the motions.

The premise of defendants' motion is that "[s]hould the Court exclude one or more of plaintiffs' expert witnesses, then the plaintiffs cannot carry their burden of proof against the defendants and, as such, the Court should dismiss all claims against the defendants." Doc. 165, p. 2. Because the Court has denied all of defendants' motions to exclude the testimony of Michael Schulz, Judd Clayton, and Dr. Rex McLellan, the Court denies defendants' motion for summary judgment.

New Orleans, Louisiana, this 6th day of October, 2011.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Subsequent to the filing of this motion, the Court dismissed plaintiffs' claims against both Wal Mart entities. Doc. 196.