UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIZABETH JOHNSON, INDIVIDUALLY AND ON BEHALF OF DEVONTRE YOUNG, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-1146** <br> **c/w 10-1549** |
| **SAMSUNG ELECTRONICS AMERICA, INC., ET AL** | **SECTION "K"** |

## ORDER OF DISMISSAL

The Court having been advised that all of the parties to this action have agreed upon a compromise,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 11th day of October, 2011.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE