UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIZABETH JOHNSON, et al.** | Civil No. 2:10-CV-01146 |
| | C/W 10-01549 |
| | SECTION K (4) |
| **Plaintiffs** | **JUDGE DUVAL** |
| v. | **MAGISTRATE ROBY** |
| **SAMSUNG ELECTRONICS AMERICA, INC.,** et al. | **JURY DEMAND** |
| **Defendants** | |

**JOINT MOTION AND ORDER OF DISMISSAL**

NOW INTO COURT through undersigned counsel come all plaintiffs and all defendants and upon representing to the Court that this matter has been resolved in full, move for a dismissal order, with prejudice, each party to bear is own costs.

Respectfully submitted,

**FROHN & THIBODEAUX, L.L.C.**

BY: *s/ David R. Frohn*
DAVID R. FROHN, Bar No. 5758
P. O. Box 2090
One Lakeshore Drive, Suite 1220
Lake Charles, LA 70602-2090
Telephone:    (337) 433-5523
Facsimile:    (337) 433-9925

**WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER**

BY: *s/ H. Michael O'Brien*

BY: *s/ Gregg A. Tatarka*
H. MICHAEL O'BRIEN
GREGG A. TATARKA
3 Gannet Drive
White Plains, NY 10604
Telephone:   (914) 872-7294
Facsimile:   (914) 323-7001

Counsel for **DEFENDANTS/MOVANTS**

1

| | |
|---|---|
| **STEVENSON & MURRAY** | **SILBERT & GARON, L.L.P.** |
| BY: *s/John W. Stevenson, Jr.* | BY: *s/Scott E. Silbert* |
| **JOHN W. STEVENSON, JR.** | **SCOTT E. SILBERT,** Bar No. 12068 |
| Federal I.D. No. 3992 | 909 Poydras Street, Suite 2130 |
| Weslayen Tower, Suite 750 | New Orleans, LA 70112 |
| 24 Greenway Plaza | Telephone: (504) 581-6200 |
| Houston, TX 77046-2416 | Facsimile: (504) 585-5270 |
| Telephone: (713) 622-3223 | |
| Facsimile: (713) 622-3224 | |

Counsel for **PLAINTIFFS**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic filing system or via U.S. Mail, postage prepaid and properly addressed, this 30th day of November, 2011.

*s/David R. Frohn*
**DAVID R. FROHN**