UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIZABETH JOHNSON, et al.** | Civil No. 2:10-CV-01146<br>C/W 10-01549<br>SECTION K (4) |
| Plaintiffs | JUDGE DUVAL |
| v. | MAGISTRATE ROBY |
| **SAMSUNG ELECTRONICS AMERICA, INC.,** et al. | JURY DEMAND |
| Defendants | |

**ORDER OF DISMISSAL**

On Joint Motion of the parties,

IT IS HEREBY ORDERED, that all claims of all plaintiffs against all defendants be, and they hereby are, DISMISSED, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this  2nd  day of   December  , 2011.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

1